IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00810-WYD-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

JOSE R. MEJIA,

    Respondent.

---

**ORDER**

---

THIS MATTER is before the Court on the Petitioner's Motion to Vacate Hearing and Discharge Order to Show Cause (filed July 25, 2008). The motion asserts that the Internal Revenue Service ("IRS") no longer seeks to enforce its summons in this action and has closed its investigation of Respondent. Accordingly, Petitioner seeks to vacate the hearing in this matter and discharge the Order to Show Cause issued April 23, 2008. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Petitioner's Motion to Vacate Hearing and Discharge Order to Show Cause is **GRANTED.** The hearing scheduled in this matter for **Friday, August 8, 2008, at 4:30 p.m.**, in courtroom A-1002, is **VACATED**, and the Court's Order to Show Cause filed April 23, 2008, is **DISCHARGED.** It is

FURTHER ORDERED that since the IRS no longer seeks to enforce its summons in this matter pursuant to its Petition to Seek Internal Revenue Summons, the

pleading which initiated the opening of the matter, this case is **DISMISSED WITHOUT PREJUDICE.**

Dated: July 31, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge